# EXHIBIT A

# The Economist Mailing List

Written for senior business, political, and financial decision-makers, The Economist provides authoritative insight on international news, politics, business, finance, current affairs, and science and technology.

Get Count   Get Pricing   Get More Information

| SEGMENTS | | COUNTS THROUGH 12/31/2020 |
|---|---|---|
| 126,219 | TOTAL UNIVERSE / BASE RATE | $155.00/M |
| 24,049 | 3 MONTH SUBSCRIBERS | + $15.00/M |
| 11,385 | 1 MONTH SUBSCRIBERS | + $20.00/M |
| 28,121 | DIGITAL SUBS @ POSTAL ADDRESS | + $25.00/M |
| 17,254 | BUSINESS ADDRESS | + $20.00/M |
| 50,503 | 12 MONTH EXPIRES | $100.00/M |
| | FINANCIAL / INVESTMENT RATE | $180.00/M |
| | FUNDRAISER RATE | $110.00/M |
| | HEALTH / DISEASE NON PROFIT RATE | $70.00/M |
| | CONSUMER CATALOG RATE | $95.00/M |

| | |
|---|---|
| POPULARITY: | ■■■■■ 100 |
| MARKET: | BUSINESS AND CONSUMER |
| CHANNELS: | |
| SOURCE: | DIRECT MAIL SOLD |
| PRIVACY: | UNKNOWN |
| DMA?: | YES - MEMBER |
| STATUS: | PREFERRED PROVIDER |
| GEO: | USA |
| GENDER: | 22.7% FEMALE 62% MALE |
| SPENDING: | $138.00 AVERAGE ORDER |

## DESCRIPTION



The Economist is read by more of the world's political and business leaders than any other magazine. Subscribers are pioneers, catalysts, and ambitious builders of companies. Respected as "ideas people" within their organizations, they bring new concepts to life through decisive leadership. Readers cite the magazine's accurate, incisive writing and its lack of partisanship as reasons for subscribing and renewing.

### Propensity to spend is backed by recent research:

- $1,666,404 Average Household Net Worth
- $172,313 Average Personal Income
- $249,867 Average Household Income
- 75% say they enjoy owning quality things
- 74% will pay more for a product that saves time
- 79% say they are always looking for new ideas and opportunity
- 91% took at least 1 return trip last year, 61% took more than six
- 79% participate in a sport

### Successful individuals who hold leadership positions in major corporations and organizations:

- 75% Are considered experts in their field

| SELECTS | |
|---|---|
| 1 MONTH HOTLINE | $20.00/M |
| 3 MONTH HOTLINE | $15.00/M |
| 6 MONTH HOTLINE | $10.00/M |
| AGE | $15.00/M |
| BUSINESS ADDRESS | $20.00/M |
| CHANGE OF ADDRESS | $14.00/M |
| DIGITAL SUBS @ POSTAL | $25.00/M |
| GENDER SELECT | $10.00/M |
| GEO (SCF, ZIP, STATE) | $10.00/M |
| HOME ADDRESS | $15.00/M |
| INCOME SELECT | $15.00/M |
| LIFESTYLE | $15.00/M |
| PAID | $11.00/M |
| SOURCE | $14.00/M |

| ADDRESSING | |
|---|---|
| KEY CODING | $3.00/M |
| EMAIL | $50.00/F |
| FTP | $50.00/F |

### RELATED LISTS

- I-BEHAVIOR DATABASE
- SMITHSONIAN MAGAZINE
- FORBES
- NEW YORK MAGAZINE
- THE WEEK MAGAZINE
- HARVARD BUSINESS REVIEW - ACTIVE SUBSCRIBERS
- MOTHER JONES
- NATURE CONSERVANCY
- FOREIGN AFFAIRS
- SIERRA CLUB MEMBERS &

https://lists.nextmark.com/market?page=order/online/datacard&id=259840