# Exhibit C

YOU HAVE BEEN SELECTED                                        ⊗

WSJ wants to hear from you. Take part in this short survey to help shape The Journal.

Click Here To Take The Survey

# Web's Hot New Commodity: Privacy



Giles Sequeira now sells personal details about himself to advertisers.

GARETH PHILLIPS FOR THE WALL STREET JOURNAL

*By Julia Angwin and Emily Steel*
Updated Feb. 28, 2011 12:01 am ET

As the surreptitious tracking of Internet users becomes more aggressive and widespread, tiny start-ups and technology giants alike are pushing a new product: privacy.

Companies including Microsoft Corp., McAfee Inc.—and even some online-tracking companies themselves—are rolling out new ways to protect users from having their movements monitored online. Some are going further and starting to pay people a commission every time their personal details are used by marketing companies.

"Data is a new form of currency," says Shane Green, chief executive of a Washington start-up, Personal Inc., which has raised $7.6 million for a business that aims to help people profit from providing their personal information to advertisers.

The Wall Street Journal's year-long What They Know investigation into online tracking has exposed a fast-growing network of hundreds of companies that collect highly personal details about Internet users—their online activities, political views, health worries, shopping habits,

financial situations and even, in some cases, their real names—to feed the $26 billion U.S. online-

TO READ THE FULL STORY

SUBSCRIBE

SIGN IN

THE WALL STREET JOURNAL.

Continue reading your article with
a WSJ membership

# Memorial Day Sale

Last Chance: $4 per Month

VIEW MEMBERSHIP OPTIONS

## SPONSORED CONTENT

Dianomi



Where should you invest $1,0 now?

The M



Thinking About Downsizing? 5

Charle



Save faster with a high yield Sele Only FDIC

This Guy is Famous For

College Saving Mistakes

Our advisors share a post

Citi® High-Yield.

## SPONSORED OFFERS

TARGET:
20% off sitewide - Target Promo Code 2021

MACY'S:
Macy's coupon - Sign up to get 25% off next order

KOHL'S:
30% off Kohl's coupon for Rewards members

SAKS FIFTH AVENUE:
20% off first order - Saks Fifth Avenue promo code

OLD NAVY:
50% off Father's day apparel at Old Navy

PRETTYLITTLETHING:
Extra 10% off - PrettyLittleThing coupon

## UPCOMING EVENTS

June

**12:00 PM - 1:45 PM EDT**

WSJ Women In: Intelligent Investing

17

June

**24**

2021

**11:00 AM - 5:00 PM EDT**

Global Food Forum

June

**30**

2021

**1:00 PM - 1:45 PM EDT**

WSJ Pro Cybersecurity Webinar: Aligning IT and Cybersecurity

**ADD TO CALENDAR**