Milo Steven Marsden (Utah State Bar No. 4879)
Maryann Bauhs (Utah State Bar No. 17196)
**DORSEY & WHITNEY LLP**
111 South Main Street, Suite 2100
Salt Lake City, UT  84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: marsden.steve@dorsey.com
         bauhs.maryann@dorsey.com

*Attorneys for The Economist Newspaper NA, Inc.*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KLAY ANDERSON, et. al,<br><br>                              Plaintiffs,<br>v.<br><br>THE ECONOMIST NEWSPAPER NA, INC.,<br><br>                              Defendant. | **NOTICE OF APPEARANCE**<br><br>Civil No. 2:23-cv-878-HCN-DAO<br><br>District Judge Howard C. Nielson, Jr.<br>Magistrate Judge Daphne A. Oberg |

Notice is hereby given of the entry of the undersigned as counsel for Defendant The Economist Newspaper NA, Inc. in the above-entitled action. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other materials relevant to this action should be directed to and served upon:

> Milo Steven Marsden
> Dorsey & Whitney LLP
> 111 S. Main Street, Suite 2100
> Salt Lake City, Utah 84111
> marsden.steve@dorsey.com

4867-5177-0293\1

DATED this 8th day of April, 2024.

                DORSEY & WHITNEY, LLP

                */s/ Milo Steven Marsden*
                Milo Steven Marsden
                Maryann Bauhs
                *Attorneys for Defendant*