Milo Steven Marsden (Utah State Bar No. 4879)
Maryann Bauhs (Utah State Bar No. 17196)
**DORSEY & WHITNEY LLP**
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685
Telephone: (801) 933-7360
Email: marsden.steve@dorsey.com
       bauhs.maryann@dorsey.com

Sharon Schneier (*pro hac vice* forthcoming)
Nimra H. Azmi (*pro hac vice* forthcoming)
**DAVIS WRIGHT TREMAINE LLP**
1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
Tel:    (212) 489-8230
Email: sharonschneier@dwt.com
       nimraazmi@dwt.com

Sean Sullivan (p*ro hac vice* forthcoming)
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel.: 213.633.8644
Email: seansullivan@dwt.com

*Attorneys for Defendant The Economist Newspaper NA, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| KLAY ANDERSON; and JOSE URRUTIA, individually and on behalf of all others similarly situated,<br><br>　　Plaintiffs,<br>v.<br><br>THE ECONOMIST NEWSPAPER NA, INC.<br><br>　　Defendant. | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>Case No. 2:23-cv-00878<br><br>Judge Howard C. Nielson, Jr.<br>Magistrate Judge Daphne A. Oberg |

　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant The Economist Newspaper NA, Inc. ("TEN"), by its undersigned attorneys, files this Corporate Disclosure Statement and states as follows:

　　TEN is wholly-owned by The Economist Newspaper Group Inc, which is an indirect, wholly owned subsidiary of The Economist Newspaper Limited ("ENL"). More than 10% of ENL's stock is owned by EXOR NV, which is listed on the Dutch stock exchange.

TEN is a Delaware corporation with its principal place of business in New York, NY.

DATED this 8th day of April, 2024.       DORSEY & WHITNEY LLP

By: */s/ Milo Steven Marsden*
Milo Steven Marsden

*Attorneys for Defendant The Economist Newspaper NA, Inc.*