

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## APPLICATION FOR PRO HAC VICE ADMISSION

### CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Milo Steven Marsden |
| Firm: | Dorsey & Whitney LLP |
| Address: | 111 South Main St., 21st Floor |
| | Salt Lake City, UT 84111 |
| Telephone: | 801-933-7360 |
| Email: | marsden.steve@dorsey.com |
| | |
| Pro Hac Vice Applicant: | Nimra Azmi |
| Firm: | Davis Wright Tremaine LLP |
| Address: | 1251 Avenue of the Americas, 21st Floor |
| | New York, NY 10020-1104 |
| Telephone: | 212-402-4072 |
| Email: | nimraazmi@dwt.com |

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

### STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| New York | 5466693 | 10/05/2016 |
| District of Columbia | | 07/02/2019 |
| U.S. District Court District of D.C. | 1614977 | 01/06/2020 |
| U.S. Court of Appeals 4th Circuit | | 10/09/2019 |
| U.S. District Court Southern District of New York | 5466693 | 01/21/2019 |
| U.S. District Court Eastern District of New York | 5466693 | 01/12/2022 |
| U.S. District Court Western District of New York | | 02/05/2024 |
| U.S. District Court Eastern District of Michigan | | 01/12/2022 |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?   ☐ Yes   ☒ No

If yes, please explain:

## LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

_____      _5/20/2024_____
Signature                                                              Date