Milo Steven Marsden (Utah State Bar No. 4879)
Maryann Bauhs (Utah State Bar No. 17196)
**DORSEY & WHITNEY LLP**
111 South Main Street, Suite 2100
Salt Lake City, UT  84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: marsden.steve@dorsey.com
         bauhs.maryann@dorsey.com

*Attorneys for The Economist Newspaper NA, Inc.*

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **KLAY ANDERSON, et. al,**<br><br>  Plaintiffs,<br><br>  v.<br><br>**THE ECONOMIST NEWSPAPER NA, INC.,**<br><br>  Defendant. | **MOTION FOR ADMISSION PRO HAC VICE OF SHARON SCHNEIER**<br><br>**Civil No. 2:23-cv-878-HCN-DAO**<br><br>**District Judge Howard C. Nielson, Jr.**<br>**Magistrate Judge Daphne A. Oberg** |

I move for the pro hac vice admission of Sharon Schneier as counsel for Defendant The Economist Newspaper NA, Inc., and I consent to serve as local counsel. The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that the Applicant is not a member of the Utah State Bar, does not maintain a law office in Utah, and has not been admitted pro hac vice in any case in this district in the previous five years.

DATED this 20th day of May, 2024.

                                          DORSEY & WHITNEY, LLP

                                          */s/ Milo Steven Marsden*
                                          Milo Steven Marsden
                                          Maryann Bauhs
                                          *Attorneys for Defendant*

4864-3626-0800\1