Milo Steven Marsden (Utah State Bar No. 4879)
Maryann Bauhs (Utah State Bar No. 17196)
**DORSEY & WHITNEY LLP**
111 South Main Street, Suite 2100
Salt Lake City, UT  84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: marsden.steve@dorsey.com
          bauhs.maryann@dorsey.com

*Attorneys for The Economist Newspaper NA, Inc.*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **KLAY ANDERSON, et. al,**<br><br>                    Plaintiffs,<br>     v.<br><br>**THE ECONOMIST NEWSPAPER NA, INC.,**<br><br>                    Defendant. | **ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF SHARON SCHNEIER**<br><br>**Civil No. 2:23-cv-878-HCN-DAO**<br><br>**District Judge Howard C. Nielson, Jr.**<br>**Magistrate Judge Daphne A. Oberg** |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Sharon Schneier. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED this ____ day of _____, 2024.

                                                            BY THE COURT:


                                                            _____
                                                            Magistrate Judge Daphne A. Oberg