Milo Steven Marsden (Utah State Bar No. 4879)
Maryann Bauhs (Utah State Bar No. 17196)
**DORSEY & WHITNEY LLP**
111 South Main Street, Suite 2100
Salt Lake City, UT  84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: marsden.steve@dorsey.com
         bauhs.maryann@dorsey.com

*Attorneys for The Economist Newspaper NA, Inc.*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **KLAY ANDERSON, et. al,**<br><br>                 Plaintiffs,<br><br>     v.<br><br>**THE ECONOMIST NEWSPAPER NA, INC.,**<br><br>                 Defendant. | **MOTION FOR ADMISSION PRO HAC VICE OF SEAN M. SULLIVAN**<br><br>**Civil No. 2:23-cv-878-HCN-DAO**<br><br>**District Judge Howard C. Nielson, Jr.**<br>**Magistrate Judge Daphne A. Oberg** |

I move for the pro hac vice admission of Sean M. Sullivan as counsel for Defendant The Economist Newspaper NA, Inc., and I consent to serve as local counsel. The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that the Applicant is not a member of the Utah State Bar, does not maintain a law office in Utah, and has not been admitted pro hac vice in any case in this district in the previous five years.

4883-1399-8272\1

DATED this 20th day of May, 2024.

                                            DORSEY & WHITNEY, LLP

                                            */s/ Milo Steven Marsden*
                                            Milo Steven Marsden
                                            Maryann Bauhs
                                            *Attorneys for Defendant*