

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
# APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Milo Steven Marsden |
| Firm: | Dorsey & Whitney LLP |
| Address: | 111 South Main St., 21st Floor |
| | Salt Lake City, UT 84111 |
| Telephone: | 801-933-7360 |
| Email: | marsden.steve@dorsey.com |
| | |
| Pro Hac Vice Applicant: | Sean M. Sullivan |
| Firm: | Davis Wright Tremaine LLP |
| Address: | 865 S. Figueroa Street, Suite 2400 |
| | Los Angeles, California  90017 |
| Telephone: | (213) 633-6800 |
| Email: | Seansullivan@dwt.com.com |

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| California State Bar | 229104 | 12/2003 |
| US District Court, Central District of California | N/A | 12/2003 |
| US Court of Appeals, Ninth Circuit | N/A | 12/2003 |
| US District Court, Northern District of California | N/A | 05/2009 |
| US District Court, Southern District of California | N/A | 05/2011 |
| US District Court, Eastern District of California | N/A | 06/2012 |
| US District Court, Northern District of Illinois (General Bar) | N/A | 01/2011 |
| US District Court, Eastern District of | N/A | 06/2016 |

4855-9805-2544v.1 3910162-000047

| | |
|---|---|
| Michigan | |

| Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted? | ☐ Yes | ☒ No |
|---|---|---|

If yes, please explain:

|  |
|---|
|  |

## LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |
| | | |
| | | |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| N/A |
|---|
|  |

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

4855-9805-2544v.1 3910162-000047

_____
Signature

May 20, 2024_____
Date

3