Milo Steven Marsden (Utah State Bar No. 4879)
Maryann Bauhs (Utah State Bar No. 17196)
**DORSEY & WHITNEY LLP**
111 South Main Street, Suite 2100
Salt Lake City, UT  84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: marsden.steve@dorsey.com
       bauhs.maryann@dorsey.com

*Attorneys for The Economist Newspaper NA, Inc.*

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **KLAY ANDERSON, et. al,** <br><br> Plaintiffs, <br><br> v. <br><br> **THE ECONOMIST NEWSPAPER NA, INC.,** <br><br> Defendant. | **ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF SEAN M. SULLIVAN** <br><br> **Civil No. 2:23-cv-878-HCN-DAO** <br><br> **District Judge Howard C. Nielson, Jr.** <br> **Magistrate Judge Daphne A. Oberg** |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Sean M.

Sullivan.  Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED this _____ day of _____, 2024.

BY THE COURT:


_____
Magistrate Judge Daphne A. Oberg