# EXHIBIT A

PageVault

| | |
|---|---|
| Document title: | Dining & Shopping \| Salt Lake City International Airport |
| Capture URL: | https://web.archive.org/web/20201026193432/https://slcairport.com/dining-and-shopping/ |
| Page loaded at (UTC): | Fri, 17 May 2024 17:26:22 GMT |
| Capture timestamp (UTC): | Fri, 17 May 2024 17:27:26 GMT |
| Capture tool: | 10.47.3 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 4 |
| Capture ID: | kaxTHBCvDZ26vCPGZ5Acvn |
| User: | dwt-pjezick |

PDF REFERENCE #:    wMZjVKR8vx62mx1QVukBMr

# SLC.gov

Salt Lake City Directory

# DINING & SHOPPING

- Dining
- Special Dietary Options
- Shopping
- The New SLC Restaurants and Shops

 
Airlines / Flights   Parking & Transportation

 
Dining & Shopping   Airport Services

 
About the Airport   Business Services

Notice: Some of the airport's restaurants and shops are operating under reduced hours or may be temporarily closed due to lower passenger numbers. We apologize for any inconvenience this may cause.

## Dining

| Restaurant/Cafe | Location |
| --- | --- |
| Auntie Anne's | Concourse F |
| Beans & Brews | Concourse A |
| Cafe Rio | Concourse A |
| California Pizza Kitchen | Concourse A |
| French Meadow Bakery | Concourse F |
| Fresh Market | Concourse G |
| Granato's Gourmet Market | Terminal Plaza |
| Market Street Grill | Terminal Plaza |
| Millcreek Coffee Roasters | Concourse C |
| Popeyes Louisiana Kitchen | Concourse F |
| Seattle's Best Coffee | Concourse F |
| Shake Shack | Terminal Plaza Food Court |
| Squatters Pub Brewery | Concourse A, Concourse C |
| Starbucks | Terminal Ground Level, Terminal Plaza |
| UFood Grill | Concourse C |
| Wendy's | Concourse F |

Wayback Machine capture header — https://slcairport.com/dining-and-shopping/ — Case 2:23-cv-00878-HCN-DAO  Document 21-2  Filed 05/20/24  PageID.1133  Page 4 of 5



## Shopping

| Store | Location |
| --- | --- |
| Giftology | Concourse A |
| Central Pointe Market | Concourse A |
| CNBC | Terminal Plaza, Concourse F, Concourse C |
| Deseret News - Coming soon | Concourse A |
| Hip & Humble | Terminal Plaza |
| Hudson News | Terminal Pre-Security |
| iStore | Concourse A |
| Johnston & Murphy | Terminal Plaza |
| KSL News Featuring The King's English Bookshop | Concourse A |
| Land Speed Depot by Hudson | Concourse A |
| No Boundaries | Terminal Plaza |
| Rocky Mountain Chocolate Factory | Terminal Plaza, Between Concourses F and G |
| Salt Lake City Dufry Shopping | Concourse A |
| Sunset News | Concourse G |
| The Economist | Concourse C |
| Trip Advisor Featuring The King's English Bookshop | Terminal Plaza |
| Utah Market | Concourse C |
| Utah! | Concourse F |
| Visit Salt Lake - Coming soon | Concourse A |
| Wall Street Journal | Concourse F |
| XpresSpa - Coming Soon | Concourse A |

INTERNET ARCHIVE WaybackMachine https://slcairport.com/dining-and-shopping/ Go SEP OCT DEC 26 2019 2020 2021
103 captures
21 Nov 2015 - 30 Mar 2024
About this capture

INTERNATIONAL

INTERNATIONAL

Departures Arrivals See all flights

Search

About the Airport
Airlines and Flights
Airport Master Plan
Airport Services/Lost and Found
Badging
Business Services
Contact
Customer Assistance/Travel Advisory (Coronavirus)
Dining & Shopping
Directions & Maps
Home
Parking & Transportation
Press Room
The New SLC

Copyright © 2020 Salt Lake City International Airport. All rights reserved.

