# EXHIBIT B

PageVault

| | |
|---|---|
| Document title: | Dining & Shopping \| Salt Lake City International Airport |
| Capture URL: | https://web.archive.org/web/20201202060226/https://slcairport.com/dining-and-shopping/ |
| Page loaded at (UTC): | Fri, 17 May 2024 20:21:15 GMT |
| Capture timestamp (UTC): | Fri, 17 May 2024 20:22:16 GMT |
| Capture tool: | 10.47.3 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 4 |
| Capture ID: | qJQEt8QGU7Mqp1dZX9cs8U |
| User: | dwt-pjezick |

PDF REFERENCE #:    71fKBpgJa1SG2tGqfTXusL

INTERNET ARCHIVE WayBackMachine
https://slcairport.com/dining-and-shopping/
Go  OCT DEC FEB
105 captures
21 Nov 2015 - 30 Mar 2024
2019 **02** 2021
**2020**
About this capture

**SLC.gov**

Salt Lake City Directory

**SLC INTERNATIONAL**

MENU

## DINING & SHOPPING

Dining

Shopping

The New SLC Restaurants and Shops

 Airlines / Flights

 Parking & Transportation

 Dining & Shopping

 Airport Services

 About the Airport

 Business Services

Notice: Some of the airport's restaurants and shops are operating under reduced hours or may be temporarily closed due to lower passenger numbers. We apologize for any inconvenience this may cause.

## Dining

| Restaurant/Cafe | Location |
| --- | --- |
| Beans & Brews | Concourse A |
| Cafe Rio | Concourse A |
| California Pizza Kitchen | Concourse A |
| Gourmandise: Euro Diner and Bakery | Concourse B |
| Granato's Gourmet Market | Terminal Plaza |
| Market Street Grill | Terminal Plaza |
| Shake Shack | Terminal Plaza Food Court |
| Squatters Pub Brewery | Concourse A |
| Starbucks | Terminal Ground Level, Terminal Plaza |
| Uinta Brewing Company | Concourse B |
| Wasatch Brew Pub | Concourse B |

## Shopping

| Store | Location |
| --- | --- |
| @ease | Concourse B |
| Central Pointe Market | Concourse A |



| | |
|---|---|
| CNBC | Terminal Plaza |
| Deseret News - Coming soon | Concourse A |
| Giftology | Concourse A |
| Hip & Humble | Terminal Plaza |
| Hudson News | Terminal Pre-Security |
| InMotion | Concourse B |
| iStore | Concourse A |
| Johnston & Murphy | Terminal Plaza |
| KSL News Featuring The King's English Bookshop | Concourse A |
| Land Speed Depot by Hudson | Concourse A |
| LEGO - Coming soon | Concourse A |
| Liberty Park / Hip & Humble | Concourse B |
| Maverik | Concourse B |
| No Boundaries | Terminal Plaza |
| Rocky Mountain Chocolate Factory | Terminal Plaza |
| Salt Lake City Dufry Shopping | Concourse A |
| The Salt Lake Tribune | Concourse B |
| Trip Advisor Featuring The King's English Bookshop | Terminal Plaza |
| Visit Salt Lake - Coming soon | Concourse A |
| XpresSpa - Coming Soon | Concourse A |



Copyright © 2020 Salt Lake City International Airport. All rights reserved.

Document title: Dining &amp; Shopping | Salt Lake City International Airport
Capture URL: https://web.archive.org/web/20201202060226/https://slcairport.com/dining-and-shopping/
Capture timestamp (UTC): Fri, 17 May 2024 20:22:16 GMT