# EXHIBIT C



Terms of use - from 31 March 2023 to 30 June 2023

By accessing the website of The Economist Group that has directed you to these terms of use (for example, economist.com or economistgroup.com) ("the Site") or by otherwise accessing any content found on the Site or by using any digital application of The Economist newspaper, the Espresso digital application or other digital application published by The Economist (each a "Digital Application"), you are entering into an agreement with The Economist Group and agree to the terms that follow (the "Terms").
Please review our Privacy Policy to learn more about how we use any information you provide about yourself.

IMPORTANT NOTE FOR US USERS AND SUBSCRIBERS: subject to certain exceptions, all disputes between The Economist and United States users of this Site, including subscribers, will be subject to individual mandatory and binding arbitration as described in detail below, which means that disputes will not be heard in court.

"The Economist", "Espresso", and "Economist Impact" are trading names of The Economist Newspaper Limited and/or its subsidiary companies (together, "The Economist Group"), which include the following for the purpose of these Terms:
The Economist Newspaper Limited ("ENL")
Registered in England and Wales. No.236383
Registered office: The Adelphi, 1-11 John Adam Street, London, WC2N 6HT, United Kingdom
Economist Digital Services Limited ("EDSL")
Registered in England and Wales. No. 9282716
Registered office: The Adelphi, 1-11 John Adam Street, London, WC2N 6HT, United Kingdom

The Economist Newspaper NA, Inc. ("ENNA")
Registered in Delaware.
Registered office: 750 Third Avenue, Fifth floor, New York, NY 10017, United States of America

- Intellectual Property
- Use of Economist Content
- Registration, Passwords and Responsibilities
- Subscription and Cancellation
- Fees and Payments
- User-Created Content
- Privacy Policy and Cookie Policy
- Changes to the Site and Digital Applications
- Gift Subscriptions
- Liability and Indemnity
- Force Majeure
- Miscellaneous
- Term and Termination
- Governing Law and Jurisdiction

Intellectual Property

The contents and design of the Site, any Digital Application and any material e-mailed to you or otherwise supplied to you in conjunction with the Site and/or a Digital Application (such contents, design and materials being collectively referred to as the "Economist Content"), is copyright of The Economist Group and its licensors. You may not use or reproduce or allow anyone to use or reproduce any trade marks (including, without limitation, "The Economist", "Economist Impact" and "Espresso" names and logos or other trade names and logos appearing on the Site or any Digital Application) for any reason without written permission from The Economist Group. The software that operates the Site and all Digital Applications is proprietary software and you may not use it except as expressly allowed under these Terms. You may not copy, reverse engineer, modify or otherwise deal with the software.

Use of Economist Content

*All Economist Content is strictly for personal, non-commercial use only.*

You may retrieve and display Economist Content from the Site on a computer screen or mobile device, print individual pages on paper (but not photocopy them) and store such pages in electronic form on your computer or mobile device for your personal, non-commercial use. You may use Digital Applications only on devices for which they were intended, for your personal, non-commercial use and on no more than five separate devices. Except as expressly permitted above, you may not reproduce, modify or in any way commercially exploit any Economist Content. In particular, but without limiting the general application of the restrictions in the previous sentence, you may not do any of the following without prior written permission from The Economist Group:

- Reproduce or store in or transmit to any other website, newsgroup, mailing list, electronic bulletin board, server or other storage device connected to a network or regularly or systematically store in electronic or print form, all or any part of the Economist Content; or
- modify, publish, transmit, participate in the transfer or sale of, reproduce, create derivative works from, distribute, perform, display, or in any way exploit all or any part of the Economist Content (including as part of any library, archive or similar service);
- remove the copyright or trade mark notice from any copies of Economist Content;
- avoid, bypass or override the paywall on our Sites and Digital Applications except pursuant to a valid Subscription or your entitlement as a Registered User;
- use or permit the use, where by automated means or otherwise, of any software, tool or other device (including, but not limited to robots, crawlers, spiders or scripts) on any Sites or Digital Applications, or otherwise on Economist Content, in order to copy, collect or scrape on the Sites, Digital Applications or Economist Content (other than any such use by a public search engine for the sole purpose of providing direct, non-amalgamated links to Economist Content that do not include any generative or derivative works based on or including Economist Content);
- conduct data mining on, apply machine learning tools or models to, or trainmachine learning tools or models or any other artificial

Document title: The Economist Group - Terms of use
Capture URL: https://www.economistgroup.com/terms-of-use-31-march-2023-to-30-june-2023
Capture timestamp (UTC): Fri, 17 May 2024 17:32:15 GMT

3

- intelligence technology on, any Sites, Digital Applications or Economist Content; or
- use artificial intelligence tools or models for the purposes of generating text, images or any other material, output or derivative works based on or using Economist Content, whether or not in the same or similar style as the Economist Content.

Any use of Economist Content not specifically permitted above is expressly prohibited. Requests for permission for other uses may be sent to the Rights and Syndication department, by email at rights@economist.com or by post to The Adelphi, 1-11 John Adam Street, London, WC2N 6HTand may be subject to a fee.

Registration, Passwords and Responsibilities

*You are responsible for keeping your information and passwords up to date and confidential.*

Certain areas or features of the economist.com Site and/or Digital Applications in respect of The Economist newspaper (the "Economist Site and Digital Application") may only be open to registered users or subscribers. By registering for an account on the Economist Site and Digital Application and not also becoming a subscriber, you will become a customer of The Economist Group as a "Registered User". Being a Registered User shall entitle you to certain benefits. You should check the benefits page on a regular basis as this page will be updated from time to time.

Certain areas or features of The Economist Espresso Digital Application may only be open to subscribers and certain features of The Economist Espresso Digital Application may only be open to subscribers that create an account on economist.com.

By providing your email address on certain Sites or Digital Applications in order to receive certain products or services but not also becoming a subscriber or a Registered User, you will become a "Recipient".

The Economist Group reserves the right to amend or vary the Economist Content available to subscribers, Registered Users and Recipients from time to time (for the avoidance of doubt, including in respect of The Economist or The Economist Espresso). In addition, and if you allow us to when registering your details as a subscriber, Registered User or Recipient, we will contact

you from time to time in accordance with your preferences and our Privacy Policy.

You are solely responsible for the confidentiality and use of and access to Economist Content and the Site and/or Digital Applications using your user name and/or password. You agree to immediately notify The Economist Group if you become aware of the loss, theft or unauthorised use of any password, user ID or e-mail address or of any Economist Content. You will provide The Economist Group with accurate, complete registration information and inform The EconomistGroup of any changes to such information. For the purpose of confirming your compliance with these Terms, The Economist Group reserves the right to monitor and record activity on the Site and Digital Applications, including access to Economist Content.

Each registration and subscription is for the personal use of the Registered User or subscriber only. You may not share your log-in details or password with any other person. You may not share or transfer your subscription. The Economist Group does not allow multiple users (networked or otherwise) to access the Site and/or any Digital Application through a single name and password and may cancel or suspend your access to the Site and/or a Digital Application if you do this, or breach any of these Terms without further obligation to you.

Subscription and Cancellation

*Subscriptions*

The Economist Group offers different types of subscriptions ("Subscriptions") for certain products including (A) subscriptions to print issues of The Economist plus access to digital issues and other content of The Economist (each a "Digital + Print Subscription"); and (B) access to digital issues and/or content of either The Economist or The Economist Espresso (each a "Digital Subscription").

The Economist Group reserves the right to vary the amount of content and types of service that it makes available to different categories of users at any

Document title: The Economist Group - Terms of use
Capture URL: https://www.economistgroup.com/terms-of-use-31-march-2023-to-30-june-2023
Capture timestamp (UTC): Fri, 17 May 2024 17:32:15 GMT

time, including without limitation in respect of Digital + Print Subscriptions and Digital Subscriptions, and to Registered Users and Recipients. While The Economist Group ordinarily publishes issues of The Economist on a weekly basis, it does not warrant or guarantee that issues of The Economist will be issued each calendar week and The Economist Group reserves to right to amend this publication schedule (including that certain weekly issues of The Economist may be consolidated into double issues).

A Digital + Print Subscription shall include print issues of The Economist delivered to the address provided by the subscriber, subject to any delivery restrictions and limitations set out by The Economist Group at the point of subscribing. The delivery of print issues in a Digital + Print Subscription may be paused (with the effect that delivery will not be made) by a subscriber for up to three (3) months following the purchase of a subscription. The Economist Group will not provide any refund in respect of the Digital + Print Subscription for this three (3) month period.

ENNA supplies and sets the general terms and conditions that apply to Subscriptions (including Digital Subscriptions and Digital + Print Subscriptions) to all users, subscribers and customers in North America, Central America and South America. EDSL supplies and sets the general terms and conditions that apply to Digital Subscriptions to customers in Relevant Countries. The Relevant Countries are India, Indonesia, New Zealand, Norway, Taiwan, South Korea, Switzerland, all countries in the European Union from time to time, the United Kingdom, and any other countries as determined by The Economist Group from time to time. ENL supplies and sets the general terms and conditions that apply to all other Subscriptions (including Digital Subscriptions and Digital + Print Subscriptions) to all users, subscribers and customers in all geographies not otherwise expressly referenced in this paragraph.

The Economist Group will try to process your Subscription promptly but does not guarantee that your Subscription will be activated by any specified time. By submitting your payment and other subscription details, you are making an offer to us to buy a Subscription. Your offer will only be accepted

by us and a contract formed when we have successfully verified your payment and contact details, at which point we will provide you (or, in the case of a gift Subscription, the recipient of the gift) with access to the Subscription. You will receive written confirmation when your Subscription offer has been accepted (beginning the fulfilment of a Subscription does not signify acceptance).

*Renewal*

Unless specifically stated in any Subscription offer or promotion when you place your Subscription order with us, if you choose an auto-renew payment option, including direct debit, you agree that at the end of the initial subscription period (and of each renewal period thereafter), your Subscription will automatically renew for the same subscription period at the then prevailing renewal rate, which may be changed from time to time. If there are any changes to the amount or frequency of your payment, The Economist Group will notify you at least two weeks in advance of payment being taken. In order to avoid any failure or delay with your renewal, you should keep your funding source information current (i.e. card number, expiry date and security code (or comparable feature)). If this payment information changes or is about to expire, The Economist Group may update it in our payment systems at our sole discretion without any action on your part according to information received from your payment service provider and/or third parties (including but not limited to our financial services partners and certain card payment networks) in accordance with law and by agreeing to these Terms of Use, you hereby authorise us to continue to take payment for your Subscription using such updated information. If we update your funding source information, we may retain any preference setting attached to it. If you do not want us to update your payment information as described above, you may contact your bank or card issuer to request this or remove the funding source in your account profile.

If you do not choose an auto-renew payment option for your Subscription (where applicable), we will contact you at the end of the initial subscription period with an offer to renew your subscription at the then prevailing renewal rate, which may be changed from time to time.

Cancellation

*Subscriptions directly with The Economist Group*

If you purchased your Subscription directly with The Economist Group (either via the Economist Site and Digital Application for a Subscription to The Economist or The Economist Espresso Digital Application for a Subscription to Espresso) then, unless specifically stated in any Subscription offer or promotion when you place your Subscription order, you have the right to cancel your Subscription at any time. Please note that if you purchase a Subscription, by placing your order you agree that we will start your Subscription immediately and you acknowledge that you will lose your right to a refund in relation to any period prior to your cancellation.
If you exercise your right to cancel, unless the terms of any Subscription offer or promotion state otherwise, we will reimburse to you a pro-rated amount in respect of the period from the date that you cancelled your Subscription to the expiry or renewal date of the Subscription prior to cancellation.

If applicable, any reimbursement will be settled as described in the "Fees and Payments" section below.
If you purchased your Subscription directly with The Economist Group (as described above), you may notify us of your wish to cancel your subscription by contacting our customer service centre for your region. Details can be found on our customer service page. If you prefer, you may, but are not obliged to, complete the form below and send it to us by e-mail to the relevant customer service address for your region.

- To: The Economist Group
- Tel no: [insert tel no if applicable]
- I/we hereby give notice that I/we cancel my/our Subscription contract
- Purchased on: [insert date of Subscription]
- Customer Reference Number: [insert relevant Customer reference number]
- Your name (or the customer's name if different):
- Your address (or the customer's address if different):
- Date:

*Subscriptions via a third party*

If you purchase your Subscription directly through Apple's 'App Store', Google's 'Play Store' or any other third-party app-purchase location (each an

Document title: The Economist Group - Terms of use
Capture URL: https://www.economistgroup.com/terms-of-use-31-march-2023-to-30-june-2023
Capture timestamp (UTC): Fri, 17 May 2024 17:32:15 GMT

8

"App Provider"), then you can only cancel your Subscription in accordance with the applicable terms and conditions of the App Provider and you shall not have the right to any refund from The Economist Group in respect of any termination or cancellation of the Subscription.

If you purchase your Subscription via an external sales representative (excluding the App Providers), you shall not have the right to any refund from The Economist Group in respect of any termination or cancellation of the Subscription and this matter shall be dealt with exclusively between you and the sales representative.

*Contract and Disputes*

The Economist Group shall provide your Subscription in accordance with these Terms (and the terms of any offer or promotion that may apply to your Subscription). As further detailed above you have legal rights with regards to your subscription including the right to cancel. Should you have any queries please contact our customer service centre for your region.

Fees and Payments

*You are responsible for any fees that are payable including any processing or other fees charged by the issuing bank/payment provider.*

The price to be paid for your Subscription will be made clear to you on the Subscription order pages or otherwise during the order process and may vary from time to time. You agree to pay the fees at the rates notified to you at the time you purchase your Subscription together with any processing or other associated fees charged by the issuing bank/payment provider. Eligibility for any discounts is ascertained at the time you subscribe and cannot be changed during the term of your Subscription. We will always inform you in advance of any increase in the price of your Subscription and offer you an opportunity to cancel it if you do not wish to pay the new price.

As well as Subscriptions, access to some Economist Content may be subject to a fee. All payments (including any applicable taxes) must be made in advance in US Dollars or other currency specified by The Economist Group. You are responsible for the payment of all charges associated with the use,

by you or someone else, of the Site and/or a Digital Application using your ID.

When you purchase a Subscription or access to any other Economist Content, you must provide us with complete and accurate payment information. By submitting payment details you confirm that you are entitled to use those payment details for this purpose. If we do not receive payment authorisation or any authorisation is subsequently cancelled, we may immediately terminate or suspend your access to your Subscription or Economist Content and in suspicious circumstances we may contact the issuing bank/payment provider and/or law enforcement authorities or other appropriate third parties.

If your use of the Site or any Subscription is terminated by The Economist Group, you will be entitled to receive a refund of any credits or pre-payments which remain unused at the time of termination unless such use is terminated because you are in breach of these Terms (which will be determined solely by The Economist Group). You will continue to be responsible for any fees or other charges you have incurred prior to such termination.

You may be able to use the Site to purchase products or services from The Economist Group's third party partners. In that event, your contract for such products will be with the third party partner and not with The Economist Group. If you are entitled to a refund under these Terms, we will initially attempt to make refunds via the payment method that was used for the original purchase. If it has expired or there are other issues, we will contact you to arrange for an alternative payment method.

User-Created Content
*You are responsible for all content you post.*

The Site and any Digital Applications may include comments capability, bulletin boards, discussion groups and other public areas or features that allow feedback to The Economist Group and interaction between users and The Economist Group's representatives ("Forums"). While The Economist

Document title: The Economist Group - Terms of use
Capture URL: https://www.economistgroup.com/terms-of-use-31-march-2023-to-30-june-2023
Capture timestamp (UTC): Fri, 17 May 2024 17:32:15 GMT

Group does not control the information/materials posted to Forums by users (the "Messages"), it reserves the right (which it may exercise at its sole discretion without notice) to delete, move or edit the Messages and to terminate your access to and use of the Forums.

You are solely responsible for the content of your Messages. You must comply with any rules posted by The Economist Group on a Forum. You may not:

- Post, link to or otherwise publish any Messages containing material that is obscene, racist, homophobic or sexist or that contains any form of hate speech;
- Post, link to or otherwise publish any Messages that infringe copyright;
- Post, link to or otherwise publish any Messages that are illegal, libellous, defamatory or may prejudice ongoing legal proceedings or breach a court injunction or other order;
- Post, link to or otherwise publish any Messages that are abusive, threatening or make any form of personal attack on another user or an employee of The Economist;
- Post Messages in any language other than English;
- Post the same Message, or a very similar Message, repeatedly;
- Post or otherwise publish any Messages unrelated to the Forum or the Forum's topic;
- Post, link to or otherwise publish any Messages containing any form of advertising or promotion for goods and services or any chain Messages or "spam";
- Post, link to or otherwise publish any Messages with recommendations to buy or refrain from buying a particular security or which contain confidential information of another party or which otherwise have the purpose of affecting the price or value of any security;
- Disguise the origin of any Messages;
- Impersonate any person or entity (including The Economist Group employees or Forum guests or hosts) or misrepresent any affiliation with any person or entity;

Document title: The Economist Group - Terms of use
Capture URL: https://www.economistgroup.com/terms-of-use-31-march-2023-to-30-june-2023
Capture timestamp (UTC): Fri, 17 May 2024 17:32:15 GMT

11

- Post or transmit any Messages that contain software viruses, files or code designed to interrupt, destroy or limit the functionality of the Site or any computer software or equipment, or any other harmful component;
- Collect or store other users' personal data; and/or
- Restrict or inhibit any other user from using the Forums.

By submitting Messages to any Forum you agree to indemnify and hold harmless The Economist Group from all claims, costs and expenses (including legal expenses) arising out of any Messages posted or published by you that are in breach of this section.

The Economist Group has no control over individuals posting Messages on any Forum. The Economist Group cannot guarantee the accuracy, integrity or quality of any Messages. Some users may breach these terms and post Messages that are misleading, untrue or offensive. You must bear all risk associated with your use of the Forum and should not rely on Messages when you make (or refrain from making) any specific investment or other decision.

By submitting a Message to a Forum you are granting The Economist Group a perpetual, irrevocable, royalty free non-exclusive licence to reproduce, modify, translate, make available, distribute and sub-license the Message in whole or in part, and in any form. This may include personal information such as your user or pen name and your expressions of opinion. The Economist Group reserves the right to contact you by e-mail about your use of the Forums. You waive any moral rights that you may have in regard to the Messages you submit.

It is not possible for The Economist Group to fully and effectively monitor Messages infringement of third-party rights. If you believe that any content infringes your legal rights, you should notify The Economist Group immediately by contacting our customer service centre for your region or by using the "Report Abuse" function on reader comments. Repeated misuse of the "Report Abuse" function will result in your access to the Forums being terminated.

Privacy Policy and Cookie Policy

*The Economist Group respects your privacy.*

The information that you provide about yourself to The Economist Group will be used in accordance with The Economist Group's Privacy Policy.

By visiting our website with cookies enabled, and accepting cookies via our cookie consent tool you agree to the use of cookies as explained in the Cookie Policy. For more information on how we use cookies and to manage your preferences see Cookie Policy.

Changes to the Site and Digital Applications

The Economist Group reserves the right, in its discretion and at any time, to suspend, change, modify, add or remove portions of Economist Content available on the Site and/or on a Digital Application at any time and to restrict the use and accessibility of the Site and its Digital Applications.

Gift Subscriptions

The Economist Group allows Subscriptions to be purchased as gifts. The purchaser of a gift Subscription shall provide a specific date for notification by The Economist Group to the beneficiary of the purchase of the gift Subscription. A gift Subscription shall commence on the earlier of:

- the date of redemption of the gift Subscription by its beneficiary;
- the expiry date of the gift Subscription; or
- another date as may be prescribed by The Economist Group and notified to the beneficiary.

The person responsible for payments and fees is the person who initially purchased the gift Subscription and only that person may receive any refunds or other payments that may be due in respect of the gift Subscription. A gift Subscription may not be cancelled or terminated following redemption of the gift Subscription and no refunds will be paid once a gift Subscription is redeemed.

Otherwise, these Terms will apply to the beneficiary of any gift Subscription, who may therefore use the Site and access any Economist Content only in accordance with these Terms, and all references to "your" or "you" (other than in relation to renewal, payment, fees, refunds and cancellations) shall

be read as references to the beneficiary of the gift Subscription. The purchase and redemption of a gift Subscription shall also be subject to any additional terms and conditions set out by The Economist Group via email as part of the delivery of the gift Subscription to the purchaser and/or beneficiary of the gift Subscription.

Liability and Indemnity

*All Economist Content and services are provided 'as is'. You indemnify us for breaches of these Terms.*

Although we endeavour to ensure the high quality and accuracy of the Site and Digital Applications, The Economist Group makes no warranty, express or implied concerning Economist Content, any Digital Application, the Site or any software that are made available through the Site (the " Services"), which are provided "as is". The Economist Group expressly disclaims all warranties, including but not limited to warranties of fitness for a particular purpose and warranties of merchantability. In no event will The Economist Group, its affiliates, agents, suppliers or licensors be liable for indirect, special, incidental, and/or consequential damages (including, without limitation, damages for loss of business profits, business interruption, loss of business information or other pecuniary loss) that may arise directly or indirectly from the use of (or failure to use) or reliance on the Services, even if The Economist Group has been advised of the possibility that such damages may arise. The Economist Group does not guarantee the accuracy, content, or timeliness of the Services or that they are free from viruses or other contaminating or destructive properties.

In no event will any liability of The Economist Group or its affiliates, agents, suppliers and licensors to you (and/or any third party) that may arise out of any kind of legal claim (whether in contract, tort, or otherwise) in any way connected with the Services or in breach of these Terms by The Economist Group exceed the amount, if any, paid by you to The Economist Group for the particular Service to which the claim relates.

Upon The Economist Group's request, you agree to defend, indemnify and hold harmless The Economist Group, its affiliates, agents, suppliers and

licensors from any claims and expenses, including reasonable legal fees, related to any breach of these Terms by you or your use of any Services.

Force Majeure

*The Economist Group will not be held responsible for circumstances beyond its control.*

The Economist Group, its affiliates and its information providers will not be liable or deemed to be in default for any delay or failure in performance or interruption of the delivery of the Economist Content that may result directly or indirectly from any cause or circumstance beyond its or their reasonable control, including but not limited to failure of electronic or mechanical equipment or communication lines, telephone or other interconnect problems, computer viruses, unauthorised access, theft, operator errors, severe weather, earthquakes or natural disasters, strikes or other labour problems, wars, or governmental restrictions.

Miscellaneous

*Additional Terms apply to your use of Economist Content.*

Changes to these Terms. The Economist Group may, in its discretion, change these Terms (including those that relate to your use of the Site, Digital Applications and/or Economist Content). Whenever the Terms are changed, The Economist Group will notify you by e-mail, directly through the Site and/or Digital Application, or by publishing the revised terms on the website. If you use the Site and/or a Digital Application after The Economist Group has published or notified you of the changes, you are agreeing to be bound by those changes. If you do not agree to be bound by those changes, you should not use the Site or a Digital Application any further after they are published. Access to certain Economist Content may be subject to additional terms and conditions. The Economist Group may also modify, limit or terminate any Subscription offer at any time without prior notice.

Advertising, Third Party Content and other Web Sites. Parts of the Site and/or Digital Applications may contain advertising or other third party content. Advertisers and other content providers are responsible for ensuring that such material complies with international and national law.

The Economist Group is not responsible for any third party content or error, or for any omission or inaccuracy in any advertising material. The Site and/or Digital Applications may also contain links to other web sites. The Economist Group is not responsible for the availability of these websites or their content.

Assignment of Agreement. This agreement is personal to you and your rights and obligations under these Terms may not be assigned, sub-licensed or otherwise transferred. This agreement may be assigned to a third party by The Economist Group.

Non-Waiver. No delay or omission on the part of either party in requiring performance by the other party of its obligations will operate as a waiver of any right.

Notices. Notices to The Economist Group must be given in writing, by letter, and sent to The Economist Group, The Adelphi, 1-11 John Adam Street, London, WC2N 6HT (for the attention of the Group General Counsel).

Severability/Survival/Statute of Limitations. If any provision of these Terms is invalid or unenforceable, such will not render all the Terms unenforceable or invalid. Rather, the Terms will then be read and construed as if the invalid or unenforceable provision(s) are not contained therein. If you are outside of the United States, any cause of action of yours with respect to these Terms must be filed in a court of competent jurisdiction in London, England, within one year after the cause of action has arisen, or such cause will be barred, invalid and void. If you are in the United States, any cause of action of yours with respect to these Terms must be filed in arbitration within one year after the cause of action has arisen, or such cause will be barred, invalid and void.

Whole Agreement. Save as expressly referred to herein, any representation, warranty, term or condition not expressly set out in these Terms shall not apply.

Headings. Headings in these Terms are for convenience only and have no legal meaning or effect, nor shall they be taken into account in interpreting these Terms.

Term and Termination

*The Economist Group may terminate or suspend your access to Economist Content at any time.*

The Economist Group may, in its discretion, terminate or suspend your access to and/or use of all or part of the Site and/or a Digital Application (including any Economist Content) with or without cause by delivering notice to you.

These rights of termination are in addition to all other rights and remedies available to The Economist Group under these Terms or by law.

Governing Law and Jurisdiction – Users and Subscribers outside of the United States

The provisions in this Section regarding Governing Law and Jurisdiction apply only to users or subscribers outside of the United States. These Terms shall be governed by, and construed in accordance with, English law. The parties irrevocably agree that the courts of England shall (subject to the paragraph below) have exclusive jurisdiction to settle any dispute which may arise out of, under, or in connection with these Terms or the legal relationship established by them, and for those purposes irrevocably submit all disputes to the jurisdiction of the English courts.

For the exclusive benefit of The Economist Group, The Economist Group shall also retain the right to bring proceedings as to the substance of the matter in the courts of the country of your residence or, where these Terms are entered into in the course of your trade or profession, the country of your principal place of business.

Governing Law; Mandatory Arbitration (and Exceptions); Class Action Waiver; Jurisdiction – U.S. Users and Subscribers Only

The provisions in this Section regarding Governing Law, Mandatory Arbitration, Class Action Waiver, and Jurisdiction apply only to users or subscribers in the United States:

Document title: The Economist Group - Terms of use
Capture URL: https://www.economistgroup.com/terms-of-use-31-march-2023-to-30-june-2023
Capture timestamp (UTC): Fri, 17 May 2024 17:32:15 GMT

Governing Law. These Terms (and any non-contractual disputes/claims arising out of or in connection with them) are subject to the laws of the state of New York, United States of America, without regard to choice or conflicts of law principles.

Mandatory Arbitration. You and The Economist Group agree that any dispute, claim, or controversy between you and The Economist Group arising in connection with or relating in any way to these Terms or to your relationship with The Economist Group as a user or subscriber (whether based in contract, tort, statute, fraud, misrepresentation, or any other legal theory) will be determined by mandatory binding individual (not class) arbitration. You and The Economist Group further agree that the arbitrator shall have the exclusive power to rule on his or her own jurisdiction, including any objections with respect to the existence, scope or validity of the arbitration provision or to the arbitrability of any claim or counterclaim. Arbitration is more informal than a lawsuit in court. THERE IS NO JUDGE OR JURY IN ARBITRATION, AND COURT REVIEW OF AN ARBITRATION AWARD IS LIMITED. There may be more limited discovery than in court. YOU SPECIFICALLY AGREE THAT YOU ARE BOUND TO RESOLVE ALL DISPUTES IN ARBITRATION, AND YOU ACKNOWLEDGE THAT YOU ARE VOLUNTARILY AND KNOWINGLY FORFEITING YOUR RIGHT TO A TRIAL BY JURY AND TO OTHERWISE PROCEED IN A LAWSUIT IN STATE OR FEDERAL COURT. Arbitration shall be subject to the Federal Arbitration Act and shall be conducted by the American Arbitration Association (AAA) pursuant to the AAA's Consumer Arbitration Rules ("AAA Rules"), then in force. The AAA Rules, as well as instructions on how to file an arbitration proceeding with the AAA, appear at adr.org, or you may call the AAA at 1-800-778-7879.

Exceptions to Mandatory Arbitration. Notwithstanding the foregoing, to the extent the dispute arises from a violation of your or The Economist Group's intellectual property rights in any manner, both parties agree that the non-infringing party may seek injunctive remedies (or an equivalent type of urgent legal relief) in a state or federal court consistent with the Governing Law and Jurisdiction subsections, and both parties consent to exclusive jurisdiction and venue in such courts. Additionally, you or The Economist

Group may take the dispute to small claims court if the dispute qualifies for small claims court.

No Class or Representative Proceedings; Class Action Waiver. YOU AND THE ECONOMIST GROUP AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN YOUR OR ITS INDIVIDUAL CAPACITY AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE ACTION. Unless both you and The Economist Group agree, no arbitrator or judge may consolidate more than one person's claims or otherwise preside over any form of a representative or class proceeding.

Jurisdiction. If, in any dispute, the arbitration provision is determined to be invalid or unenforceable, notwithstanding the Severability provision above, or null and void by any arbitrator or court of competent jurisdiction, or if the dispute seeks injunctive remedies arising from a violation of your or The Economist Group's intellectual property rights, the dispute shall be resolved by a state or federal court in New York. The parties agree to submit to the personal jurisdiction of such court for the purposes of litigating any such dispute. This subsection does not apply to disputes made in small claims court.



19