IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KLAY ANDERSON, ET. AL.,<br>    Plaintiffs,<br>v.<br>THE ECONOMIST NEWSPAPER. NA INC.,<br>    Defendant. | **ORDER GRANTING STIPULATED MOTION TO ENLARGE MOTION TO DISMISS BRIEFING SCHEDULE**<br>Case No. 2:23-cv-00878-HCN-DAO<br><br>District Judge Howard C. Nielson, Jr.<br>Magistrate Judge Daphne A. Oberg |

Based upon the Stipulated Motion to Enlarge Motion to Dismiss Briefing Schedule, the Court hereby enlarges the briefing schedule on the Motion to Dismiss and Compel Arbitration (ECF No. 21) as follows:

(1) Plaintiffs shall file their Opposition to the Motion to Dismiss on or before July 1, 2024.

(2) Defendant shall file its Reply on or before July 29, 2024.

IT IS SO ORDERED

Dated this _____ day of June.

                                                      BY THE COURT

                                                      _____

                                                      Howard C. Nielson, Jr.
                                                      United States District Judge